# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHARON STEWART,**

      **Plaintiff,**

**-vs-**         **Case No. 6:10-cv-630-Orl-28DAB**

**STERLING TECHNOLOGY SOLUTIONS, LLC, RONALD C. MORGAN, individually, and MICHAEL A. DANIELS, individually.**

      **Defendant.**

_____

# ORDER

This case is before the Court on Motion to Dismiss (Doc. No. 12) filed September 29, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed October 12, 2010 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Motion to Dismiss filed by Defendants Ronald C. Morgan ("Morgan") and Michael A. Daniels ("Daniels") (Doc. No. 12) is **DENIED**.

3. Defendants Morgan and Daniels shall file their Answer(s) to the Amended Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __9th__ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge