**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHARON STEWART,**

        **Plaintiff,**

**-vs-**                                               **Case No.  6:10-cv-630-Orl-28DAB**

**STERLING TECHNOLOGY SOLUTIONS,**
**LLC, RONALD C. MORGAN,**
**individually, and MICHAEL A. DANIELS,**
**individually.**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant Ronald C. Morgan's Motion to Dismiss (Doc. No. 38) filed July 21, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection to the Report and Recommendation (Doc. No. 41), the objection is overruled.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 9, 2011, (Doc. No. 40), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Ronald C. Morgan's Motion to Dismiss (Doc. No. 38) is **GRANTED in part.**

    3.    The Second Amended Complaint is **dismissed** with leave to re-plead.

4. Plaintiff may file a Third Amended Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party