UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON STEWART,

    Plaintiff,

-vs-                                          Case No. 6:10-cv-630-Orl-28DAB

STERLING TECHNOLOGY SOLUTIONS,
LLC, RONALD C. MORGAN, individually,
and MICHAEL A. DANIELS, individually.

    Defendant.
_____

# ORDER

On February 16, 2012, Magistrate Judge Baker issued an Order to Show Cause to Plaintiff directing Plaintiff to show cause as to her apparent lack of prosecution of her claims against Defendants (Doc. No. 48). On February 28, 2012, Plaintiff responded that Defendant Daniels had filed for bankruptcy and that she intended to proceed against Defendants Sterling Technology Solutions and Morgan. (Doc. 49). Magistrate Judge Baker has submitted a report recommending that Plaintiff's claims against Defendant Sterling Technology Solutions, LLC be dismissed without prejudice, stayed as to Defendant Michael A. Daniels, and that Plaintiff file a motion for default judgment against Defendant Ronald Morgan. (Doc. 50).

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. 51), the Objection is overruled. Plaintiff's Objection addresses only the recommendation to dismiss Sterling Technology Solutions, LLC and includes arguments not raised in her response to Magistrate

Judge Baker's Order to Show Cause. The Report and Recommendation is correct in its findings of fact and conclusions of law based on the filings submitted at the time it was entered. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 2, 2012 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This action is stayed as to Defendant Michael Daniels. Plaintiff shall file a status report as to Defendant Daniels' bankruptcy no later than June 1, 2012, and every sixty (60) days thereafter.

3. This case is dismissed without prejudice as to Defendant Sterling Technology Solutions, LLC.

4. Plaintiff shall file a motion for default judgment against Defendant Morgan within seven (7) days from the date of this Order. Plaintiff is advised that failure to file her motion for default judgment within the time allowed herein, will result in her claim against Defendant Morgan being dismissed for failure to prosecute.

**DONE and ORDERED** in Chambers, Orlando, Florida this _18_ day of May, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party