# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHARON STEWART,**

        **Plaintiff,**

**-vs-**                                                  **Case No.  6:10-cv-630-Orl-28DAB**

**STERLING TECHNOLOGY SOLUTIONS, LLC, RONALD C. MORGAN, individually, and MICHAEL A. DANIELS, individually.**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Leave to File Fourth Amended Complaint (Doc. No. 53) filed May 21, 2012, and Plaintiff's Motion for Entry of Default Final Judgment Pursuant to Rule 55(b)(2) and Motion to Tax Attorney's Fees and Costs as to Defendant, Ronald C. Morgan (Doc. No. 54) filed May 22, 2012.  The United States Magistrate Judge has submitted reports recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. Nos. 58) as to the denial of Plaintiff's Motion for Leave to File a Fourth Amended Complaint, Plaintiff's Objection is **OVERRULED**.  The Court agrees entirely with the findings of fact and conclusions of law in both Reports and Recommendations.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 5, 2012 (Doc. No. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.     That the Report and Recommendation filed June 12, 2012 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     3.     Plaintiff's Motion to File Fourth Amended Complaint (Doc. No. 53) is **DENIED**.

     4.     Plaintiff's Motion for Entry of Default Judgment against Ronald C. Morgan (Doc. No. 54) is **DENIED without prejudice**.  Plaintiff may renew her motion for default judgment within fourteen (14) days from the date of this Order, if she can show jurisdiction, applicability of the Fair Labor Standard Act and state law, and appropriate damages.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of July, 2012.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party