UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON STEWART,

    Plaintiff,

-vs-                                          Case No. 6:10-cv-630-Orl-28TBS

STERLING TECHNOLOGY SOLUTIONS,
LLC, RONALD C. MORGAN, individually,
and MICHAEL A. DANIELS, individually.

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion For Leave to File Fourth Amended Complaint or in the Alternative, Motion for Extension of Time to File Motion for Final Default Judgment (Doc. No. 61) filed July 23, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 64), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 1, 2012 (Doc. No. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion For Leave to File Fourth Amended Complaint or in the Alternative, Motion for Extension of Time to File Motion for Final Default Judgment (Doc. No. 61) is **DENIED**.

3. Plaintiff's action against Defendant Morgan is **dismissed.** The Clerk of the Court is directed to terminate Defendant Morgan.

4. Plaintiff's action against Defendant Sterling Technology Solutions, LLC was dismissed on May 21, 2012 (Doc. No. 52).

5. Plaintiff's action against Defendant Daniels was stayed on May 21, 2012 (Doc. No. 52). Plaintiff was ordered to file a report as to the status of Defendant Daniels' bankruptcy proceeding no later than June 1, 2012, and every sixty (60) days thereafter. Id. Plaintiff filed a report on June 1, 2012 as ordered that states:

> On or about May 1, 2012, the Middle District of Florida, Bankruptcy Court entered an Order which stated "The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code)."

Doc. No. 55.

Plaintiff has not filed any other status report as to Defendant Daniels. Plaintiff shall file a report within fourteen (14) days from the date of this Order as to whether the stay may be lifted as to Defendant Daniels in light of the "discharge" reported on June 1, 2012, or whether the stay should be continued.

6. Defendant Morgan's Motion to Dismiss (Doc. No. 63) is **DENIED as moot.**

7. The Clerk of the Court is directed to administratively close this file until further Order of this Court.

      **DONE and ORDERED** in Chambers, Orlando, Florida this _4th_ day of ~~August~~ Sept, 2012.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party